```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
```

UNITED STATES OF AMERICA        :     **TRANSPORTATION ORDER**

     - v -                         :     22 mj. 4575 (UA)

Ronald Rogers,                :

                  Defendant.   :

```
------------------------------------x
```

Upon the application of **Ronald Rogers**, by his attorney, **Ian Marcus Amelkin, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby **ORDERED** that the United States Marshals Service furnish Ronald Rogers with funds to cover the cost of travel between New York City, New York, and Atlanta, Georgia, today, May 26, 2022, by 6:00 pm;

**ORDERED** that Mr. Rogers' flight to Georgia departs today, May 26, 2022 and arrives no later than 10AM tomorrow;

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:    New York, New York
         May 26, 2022

                                                 **HON. Robert W. Lehrburger, USMJ**